1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11 GLENN D. GALLOT,

Case No. 19-03458 BLF (PR)

Plaintiff,

**ORDER OF DISMISSAL**

12

13 v.

14

15 UNKNOWN,

Defendant.

16

17

18        On June 18, 2019, Plaintiff, proceeding *pro se*, filed a document which was

19 construed as an attempt to initiate a civil rights action pursuant to 42 U.S.C. § 1983.

20 (Docket No. 1.)  On the same day, the Clerk sent Plaintiff a notice informing him that he

21 must file a complaint on the proper form within twenty-eight days or the action would be

22 dismissed.  (Docket No. 3.)  A blank complaint form and postage-paid return envelope

23 were enclosed with the notice.  (*Id.*)  The Clerk also sent a separate notice informing

24 Plaintiff that he needed to either pay the filing fee or file an *In Forma Pauperis* ("IFP")

25 application within twenty-eight days to avoid dismissal.  (Docket No. 2.)  The deadline,

26 July 16, 2019, has passed, and Plaintiff has failed to file a proper complaint and pay the

27 filing fee or file an IFP application.

28

Accordingly, this action is **DISMISSED** without prejudice for failure to file a proper complaint and pay the filing fee. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: _July 23, 2019_

_Beth Labson Freeman_
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California